IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID LANE CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:21-CV-445 (MTT) |
| ) | |
| WARDEN WALTER BERRY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Pursuant to 28 U.S.C. § 1915A, United States Magistrate Judge Charles H. Weigle has conducted a screening of Plaintiff David Lane Campbell's complaint and recommends that Campbell's complaint be dismissed for failure to state a claim. Doc. 9. The Magistrate Judge also recommends that Campbell's motion to add defendants and for class certification be denied as moot. *Id.* Campbell has not objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the recommendation for clear error. After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 9) is **ADOPTED** and made the order of the Court. Accordingly, Campbell's complaint (Doc. 1) is **DISMISSED** without prejudice, and Campbell's motion to add defendants and for class certification (Doc. 8) is **DENIED** as moot.

**SO ORDERED**, this 29th day of June, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT